IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No.: 5:20-bk-02735-RNO |
| **Frank J Spalletta AKA Frank Joseph** : | Chapter 13 |
| **Spalletta** : | Judge Robert N. Opel II |
| **Lori A Spalletta AKA Lori Anne** : | * * * * * * * * * * * * * * * * * * |
| **Spalletta** : | |
| **Debtor(s)** : | |
| : | |
| **U.S. Bank National Association, as** : | |
| **Trustee for Structured Asset Securities** : | |
| **Corporation,Mortgage Pass-Through** : | |
| **Certificates, Series 2006-EQ1** : | |
| **Movant** : | |
| : | |
| v. : | |
| : | |
| **Frank J Spalletta AKA Frank Joseph** : | |
| **Spalletta** : | |
| **Lori A Spalletta AKA Lori Anne** : | |
| **Spalletta** : | |
| **Charles J DeHart, III, Trustee** : | |
| **Respondents** : | |

**OBJECTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-EQ1 TO CONFIRMATION OF THE AMENDED PLAN (DOCKET NUMBER 32)**

U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed First Amended Chapter 13 Plan ("Plan") filed by Frank J Spalletta AKA Frank Joseph Spalletta and Lori A Spalletta AKA Lori Anne Spalletta (collectively, "Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 3341 Shady Oaks Drive, Saylorsburg, PA 18353 ("Property").

20-019117_JDD1

2. Creditor has filed Proof of Claim number 3 in the amount of $37,203.08. This amount includes a pre-petition arrearage in the amount of $3,967.94.

3. Debtor's Amended Plan proposes to pay Creditor's claim through the Plan in the amount of $22,500.00 at 6.00% interest. This treatment complies with a settlement agreement between Creditor and Debtor, however the total payment amount reflected in the Plan is inaccurate. Creditor calculates the total payment amount at $26,099.00, over a 60-month plan.

4. As a result, Debtor's Plan represents an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Amended Plan.

                                                Respectfully submitted,

                                                /s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-019117_JDD1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 5:20-bk-02735-RNO |
| **Frank J Spalletta AKA Frank Joseph Spalletta** | Chapter 13 |
| **Lori A Spalletta AKA Lori Anne Spalletta** | Judge Robert N. Opel II |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| **U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1** | |
| Movant | |
| v. | |
| **Frank J Spalletta AKA Frank Joseph Spalletta** | |
| **Lori A Spalletta AKA Lori Anne Spalletta** | |
| **Charles J DeHart, III, Trustee** | |
| Respondents | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 to the Confirmation of the Amended Plan was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036, dehartstaff@pamd13trustee.com

Patrick James Best, Attorney for Frank J Spalletta and Lori A Spalletta, 18 North 8th Street, Stroudsburg, PA 18360, patrick@armlawyers.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 2, 2021:

20-019117_JDD1

Frank J Spalletta AKA Frank Joseph Spalletta and Lori A Spalletta AKA Lori Anne Spalletta, 490 Shady Oaks Drive W., Saylorsburg, PA 18353

Frank J Spalletta AKA Frank Joseph Spalletta and Lori A Spalletta AKA Lori Anne Spalletta, 3341 Shady Oaks Drive, Saylorsburg, PA 18353

PHH Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054

DATE: __03/02/2021_____

/s/ Adam B. Hall_____
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-019117_JDD1